1  Sarai L. Thornton (Bar No. 11067)
   sthornton@skanemills.com
2  SKANE MILLS LLP
3  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
4  (702) 363-2535 / Fax: (702) 363-2534
   *Counsel for Defendant Trans Union LLC*

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF NEVADA

8

9  KAYLA KIPP-NOBLES,                        Case No. 2:24-cv-02004-GMN-BNW

10                 Plaintiff,
                                              **STIPULATION AND ORDER OF**
11 v.                                         **DISMISSAL WITH PREJUDICE OF**
                                              **DEFENDANT TRANS UNION LLC**
12 CAPITAL ONE AUTO FINANCE,
   INC., EXPERIAN INFORMATION
13 SOLUTIONS, INC., EQUIFAX
   INFORMATION SERVICES, LLC,
14 and TRANS UNION, LLC,

15                 Defendants.

16

17       Plaintiff Kayla Kipp-Nobles ("Plaintiff") and Defendant Trans Union LLC ("Trans

18 Union") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would

19 respectfully show the Court as follows:

20       There are no longer any issues in this matter between Plaintiff and Trans Union to be

21 determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of

22 action that were or could have been asserted against Trans Union are hereby dismissed with

23 prejudice with court costs to be paid by the party incurring same.

24 Dated this 14th day of February 2025.

25

26

27

28

1

*/s/ Sarai L. Thornton*
Sarai L. Thornton (Bar No. 11067)
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
sthornton@skanemills.com
**Counsel for Defendant Trans Union LLC**

*/s/ Timothy P. Thomas*
Timothy P. Thomas
Elite Legal Practice
10190 Covington Cross Dr
Third Floor
Las Vegas, NV 89144
725-316-5703
timt@elitelegalpractice.com
**Counsel for Plaintiff**

**IT IS SO ORDERED**

_____
**HONORABLE GLORIA M. NAVARRO**
UNITED STATE DISTRICT JUDGE

Date: February __19__, 2025.

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2025, I filed STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy P. Thomas
timt@elitelegalpractice.com
Elite Legal Practice
10190 Covington Cross Drive
Third Floor
Las Vegas, NV 89144
(725) 316-5703
*Counsel for Plaintiff*

Gia Marina
gmarina@clarkhill.com
Clark Hill PLC
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89l35
(702) 862-8300
*Counsel for Equifax Information Service, LLC*

Aaron D. Shipley
ashipley@mcdonaldcarano.com
Karyna Armstrong
karmstrong@mcdonaldcarano.com
McDonald Carano Wilson LLP
2300 W. Sahara Avenue, Suite1200
Las Vegas, NV 89102
(702) 873-4100
*Counsel for Capital One Auto Finance, Inc.*

/s/ Pouneh Porooshani

Pouneh Porooshani

3