Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Elite Legal Practice
10190 Covington Cross Dr., 3rd Floor
Las Vegas, NV 89144
(725)316-5703
timt@elitelegalpractice.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kayla Kipp-Nobles, | Case No. 2:24-cv-2004 |
| Plaintiff, | |
| v. | |
| CAPITAL ONE AUTO FINANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE, N.A.** |
| Defendant. | |

Plaintiff, Kayla Kipp-Nobles, by and through her counsel, Timothy P. Thomas, Esq. of Elite Legal Practice, and Defendant Capital One, N.A., erroneously named as Capital One Auto Finance, Inc. ("Capital One"), by and through its counsel of record and file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in dispute in this matter between Plaintiff and Defendant Capital One to be decided by this Court.  Plaintiff and Defendant Capital One hereby stipulate that all claims and causes of action that were or could have been asserted by Plaintiff are hereby dismissed with prejudice with all fees and costs to be paid by the respective party incurring the same.

| | |
|---|---|
| **ELITE LEGAL PRACTICE** | **MCDONALD CARANO** |
| By: /s/Timothy P. Thomas<br>Timothy P. Thomas, Esq. (NV 5148)<br>10190 Covington Cross Dr., 3rd Floor<br>Las Vegas, NV 89144<br>timt@elitelegalpractice.com | By: /s/Karyna M. Armstrong<br>Karyna M. Armstrong, Esq.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>karmstrong@mcdonaldcarano.com |

                    **IT IS SO ORDERED**

                    _____
                    **HONORABLE GLORIA M. NAVARRO**
                    UNITED STATES DISTRICT JUDGE

                    Date:  May 23, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                        /s/ Ash Pate_____
                                        Employee of Elite Legal Practice