Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Elite Legal Practice
10190 Covington Cross Dr., 3rd Floor
Las Vegas, NV 89144
(725)316-5703
timt@elitelegalpractice.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kayla Kipp-Nobles, | Case No. 2:24-cv-2004 |
| Plaintiff, | |
| v. | |
| CAPITAL ONE AUTO FINANCE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE, N.A.** |
| Defendant. | |

Plaintiff, Kayla Kipp-Nobles, by and through her counsel, Timothy P. Thomas, Esq. of Elite Legal Practice, and Defendant Experian Information Solutions, Inc., ("Experian"), by and through its counsel of record and file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

-1-

There are no longer any issues in dispute in this matter between Plaintiff and Defendant Experian to be decided by this Court. Plaintiff and Defendant Experian hereby stipulate that all claims and causes of action that were or could have been asserted by Plaintiff are hereby dismissed with prejudice with all fees and costs to be paid by the respective party incurring the same.

**ELITE LEGAL PRACTICE**

By: /s/Timothy P. Thomas
Timothy P. Thomas, Esq. (NV 5148)
10190 Covington Cross Dr., 3rd Floor
Las Vegas, NV 89144
timt@elitelegalpractice.com

**O'Hagan Meyer**

By: /s/Inku Nam
Inku Nam, Esq.
300 S. 4th Street, Ste. 1250
Las Vegas, NV 89101
inam@ohaganmeyer.com

IT IS SO ORDERED:

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: June 9, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                             /s/ Ash Pate
                                    Employee of Elite Legal Practice